**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALICE JONES, | ) |
|                 Plaintiff, | ) |
| vs. | ) |
| NATIONWIDE CREDIT AND COLLECTION INC., | ) |
|                 Defendant. | ) |

## COMPLAINT

## INTRODUCTION

1. Plaintiff Alice Jones brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Nationwide Credit and Collection Inc. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

## VENUE AND JURISDICTION

2. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue and personal jurisdiction in this District are proper because:

    a. Defendant's collection communications were received by plaintiff within this District;

    b. Defendant does or transacts business within this District.

## PARTIES

4. Plaintiff Alice Jones is an individual who resides in the Northern District of Illinois.

5. Defendant Nationwide Credit and Collection Inc. is an Illinois corporation with offices at 815 Commerce Drive, Suite 270, Oak Brook, IL 60523. Its registered agent and office is Robert B. Talan, 223 W. Jackson Blvd., Suite 512, Chicago, IL 60606.

6. Nationwide Credit and Collection Inc. is engaged in the business of a collection agency, using the mails and telephone to collect consumer debts originally owed to others.

7. Nationwide Credit and Collection Inc. is a debt collector as defined in the FDCPA.

## FACTS

8. Defendant Nationwide Credit and Collection Inc. has been attempting to collect from plaintiff Alice Jones an alleged debt incurred, if at all, for personal, family or household purposes and not for business purposes.

9. On or about Tuesday, November 21, 2012, plaintiff sent defendant by fax the letter attached as Exhibit A, disputing the alleged debt and requesting verification.

10. Without verifying the debt, defendant continued calling plaintiff, placing automated calls to her on November 23, 2012, November 26, 2012, and December 6, 2012. The messages were all identical or very similar. The text is attached as Exhibit B.

## COUNT I – FDCPA

11. Plaintiff incorporates paragraphs 1-10.

12. Defendant violated 15 U.S.C. §1692g and/or 15 U.S.C. §1692c by continuing communications with plaintiff.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

    (1) Statutory damages;

    (2) Attorney's fees, litigation expenses and costs of suit;

    (3) Such other and further relief as the Court deems proper.

s/Daniel A. Edelman

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603-3593
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service:  courtecl@edcombs.com

T:\27683\Pleading\Complaint_Pleading.wpd

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/Daniel A. Edelman