**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALICE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 13-cv-1984 |
| vs. | ) | |
| | ) | Judge Coleman |
| NATIONWIDE CREDIT AND | ) | Magistrate Judge Rowland |
| COLLECTION INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice.

Respectfully submitted,

s/Michelle R. Teggelaar

Michelle R.Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

I, Michelle R. Teggelaar, hereby certify that on April 30, 2013, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and was served via United States Mail on the following non-CM/ECF participant:

Nationwide Credit and Collection Inc.
c/o Robert B. Talan, Registered Agent
223 W. Jackson Blvd., Suite 512
Chicago, IL 60606

I further certify a copy of such filing will be sent to the following individual via electronic mail:

Sean Halbruner (shalbrun@travelers.com)
Travelers Bond and Financial Products - Claim
One Tower Square, Mail Drop S202A
Hartford, CT 06183

s/Michelle R. Teggelaar