UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Alice Jones
                              Plaintiff,

v.                                           Case No.: 1:13–cv–01984
                                                   Honorable Sharon Johnson Coleman

Nationwide Credit and Collection Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 30, 2013:

        MINUTE entry before Honorable Sharon Johnson Coleman: Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this case is dismissed with prejudice. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.